Brown *v.* Aultman & Co.

---

No. 7963.

Brown *v.* Aultman & Co.

From the Spencer Circuit Court.

*G. L. Reinhard,* for appellant.

*D. T. Laird,* for appellee.

Morris, C.—The facts in this case, and the questions of law involved, are the same as in the case of *Lorch* v. *Aultman & Co., ante,* p. 162. The conclusions reached in that case must control this.

The judgment below should be affirmed.

Per Curiam.—It is ordered that, upon the above statement, the judgment below be affirmed.